463 A.2d 47

Centennial Road Inc. v. Taub.

Appeal of Steven I. Taub and Hilary Taub.

Argued January 19, 1982.  John Anthony Lord, for appellants;  Benjamin E. Zuckerman, for appellees.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.

463 A.2d 47

Ciliberti v. Prudential, Appellant.

Argued April 21, 1983.  Allan Molotsky, for appellant;  Albert Ominsky, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.